**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

OSCAR LEE SYKES, JR.,

                    Civil No. 25-4562 (JRT/DLM)

             Plaintiff,

v.

                    **ORDER ADOPTING REPORT**
                    **AND RECOMMENDATION**

STATE OF MINNESOTA, *Individual and*
*Official Capacities*.

             Defendant.

---

Oscar Lee Sykes, Jr., 100 Freeman Drive, St. Peter, MN 56082, *pro se*.

James Garay Heelan, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 600, St. Paul, MN 55101, for Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Douglas L. Micko dated June 23, 2025 (Docket No. 30), along with all the files and records, and because no objections to the Report and Recommendation have been filed, **IT IS HEREBY ORDERED** that:

1.  The Report and Recommendation (Docket No. [30]) is **ADOPTED**;

2.  Defendant State of Minnesota's Motion to Dismiss the Complaint (Docket No. [3]) is **GRANTED**; and

3.  Plaintiff Oscar Lee Sykes, Jr.'s Complaint (Docket No. [1]) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

-2-

DATED: July, 10, 2026
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge